**IN THE CIRCUIT COURT OF THE
TWENTIETH JUDICIAL CIRCUIT
IN AND FOR COLLIER COUNTY, FLORIDA
CIVIL DIVISION**

**Case No.:**

**LAWRENCE MAXWELL,
Plaintiff,**

**v.**

**ASTON MARTIN LAGONDA OF
NORTH AMERICA, INC.,
Defendant.**

________________________________/

## COMPLAINT AND JURY DEMAND

The Plaintiff, LAWRENCE MAXWELL (hereinafter "Plaintiff"), by and through the undersigned counsel, files this Complaint and sues the Defendant, ASTON MARTIN LAGONDA OF NORTH AMERICA, INC. (hereinafter "Manufacturer"), for violations of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301 et al. (hereinafter "MMWA"), for defects associated with a 2020 Aston Martin V8 Vantage, VIN: SCFSSGCW1LGN04520 (hereinafter "vehicle" or "subject vehicle"), which was warranted by Manufacturer, leased by Manufacturer's authorized sales dealership, Aston Martin of Dallas (hereinafter "AMD") and serviced by Manufacturer's authorized servicing dealership, TT of Naples, Inc. d/b/a Aston Martin Naples.

## STATEMENT OF JURISDICTION AND VENUE

1. The amount in controversy **DOES** exceed THIRTY THOUSAND DOLLARS ($30,000.00), exclusive of interest and costs.

2. Plaintiff is an individual and resident of Collier County, Florida.

3. Defendant Manufacturer is a foreign corporation authorized to conduct business in the State of Florida, and at all times material hereto was engaged in the regular practice of warranting and servicing automobiles in Collier County, Florida.

4. TT of Naples, Inc. d/b/a Aston Martin Naples is a Florida profit corporation authorized to conduct business in the State of Florida, and at all times material hereto was engaged in the regular practice of servicing automobiles in Collier County, Florida.

**FACTS**

5. On or about May 8, 2020, Plaintiff met together with AMD's sales personnel for the purpose of negotiating the price for a brand new vehicle.

6. During the sales process, Plaintiff and AMD discussed the subject vehicle.

7. Prior to leasing the subject vehicle, AMD failed to provide a copy of Manufacturer's express warranty to Plaintiff.

8. The warranty was not prominently displayed in the AMD sales department.

9. The warranty was not prominently displayed in the proximity of the vehicle.

10. AMD never disclosed many of the material terms of the warranty to Plaintiff.

11. Nevertheless, AMD leased the vehicle to Plaintiff at a agreed upon value of $190,000.00. See Composite Exhibit "A", attached hereto.

12. To acquire the subject vehicle, Plaintiff tendered a cash payment of $107,390.10.

13. Following the lease and delivery of the vehicle, Plaintiff located a copy of Manufacturer's express warranty from Manufacturer inside the vehicle.[1]

---

1. A copy of the warranty is not attached but is believed to be in Manufacturer's possession and will be requested in discovery.

14. Specifically, the relevant term of the warranty was a promise that Manufacturer, for a period of 3 years and unlimited miles under bumper-to-bumper coverage, shall repair or replace defects in workmanship and materials caused by Manufacturer within a reasonable amount of time after appointment and delivery of the vehicle to Manufacturer's repair agent as designated in the warranty:

15. During the warranty period, the vehicle suffered from several defects in manufacturing workmanship and materials, which caused the following problems and failures:

a. Difficulty shifting and transmission not going into low gears; and

b. Inoperative transmission.

16. None of the defects above are excluded under the warranty.

17. During the warranty period, Plaintiff presented the vehicle to Manufacturer's authorized servicing agents, pursuant to the warranty, a combined total of at least three (3) times for repairs of the defects above. See Composite Exhibit "B", attached hereto.

18. A summary of three (3) of the repairs is as follows:

| DATE | DAYS | MILE | RO# | COMPLAINT |
|---|---|---|---|---|
| 1/20/21 | 12 | 1,850 | 118097 | **Transmission:** Customer states manual transmission is inoperative. (Verifeid customer concern and found that the clutch had come apart. Opened spotlight case am-a16-mhe-0047 and disassembled to assessss damage. Added photos to the case and was instructed to replace the clutch and flywheel. Cleaned residual clutch from torque tube and rear of engine. Reassembled and cleared misfire and clutch adaptions. Completed relearn of clutch followed by misfire adaptions. |

| | | | | |
|---|---|---|---|---|
| | | | | Drove and verified correct operation. It should be noted that this is a one time goodwill repair in the interest of customer satisfaction as there are signs of overheating/excessive wear of the clutch ). |
| 12/14/21 | 14 | 2,896 | 128059 | **Transmission:** Client states transmission will not go into gear. (Spherical joint wear. Verified concern. Upon arrival found that only 4th gear could be selected. Opened spotlight case AM-A16-MHE-012 to aid in diagnosis. Completed rework to shifter assembly as per SB-07-1376 and completed rework to shifter assembly. Completed honing of gearbox shift cables and verified correct operation of shifter. Drove 20 Miles and had no issues. |
| 1/7/22 | 56 | 2,937 | 128763 | **Transmission:** Client states transmission is difficult to get into 1-2-R. (Verified concern. Reopened spotlight case AM-A16-MHE-0123. Completed the required re-bleeding of the clutch system and found no air trapped in system. With data monitor found that when first starting and vehicle cold that the clutch speed would drop as required when released but once warmed the clutch speed would no drop resulting in the excessive effort to select gears. Disassembled and attached photos of flywheel and clutch. As instructed replaced the flywheel, clutch, master and slave cylinders. Bled the hydraulic circuit after the torque tube installation and verified correct release of the clutch prior to transmission installation by spinning the driveshaft by hand. Reinstalled transmission, verified correct adjustment of the shift cables and refit the exhaust system. Cleared codes and completed process to clear clutch adaptions cleared misfire adaptions and completed drive cycle to relearn. Drove an additional 15 miles and verified correct operation of clutch. It should be noted that currently there is no workshop procedure for clutch |

master cylinder replacement and rearward
exhaust sealing rings were reused as they
are not available separate.

19. In addition to the summary above, Plaintiff directly contacted Manufacturer requesting further warranty assistance.

20. Unfortunately, Manufacturer did not offer to participate in further repairs or otherwise resolve the warranty dispute.

21. Manufacturer's authorized servicing agent(s) further contacted Manufacturer and afforded Manufacturer one or more direct opportunities to conduct repair attempts.

22. At all times material Manufacturer was aware of the vehicle's problems and unrepaired defects.

23. Further, Manufacturer was afforded numerous opportunities to repair the vehicle through its authorized servicing agent(s) under the warranty. See Composite Exhibit "B".

24. Despite at least three (3) repair attempts and eighty-two (82) days out of service, the vehicle's transmission defects were never adequately repaired.

25. Such problems and failures were the direct result of one or more failures with Manufacturer-supplied materials and workmanship.

26. As a result, the vehicle's use, value, and safety was significantly impaired.

27. Manufacturer's inability or refusal to perform warranty repairs wass in derogation of Manufacturer's obligations and promises to Plaintiff under the express warranty.

28. The lease term has expired and the vehicle was surrendered prior to filing this action.

**COUNT I**
**BREACH OF EXPRESS WARRANTY UNDER MMWA, 15 U.S.C. § 2310(d)(1)**

29. Plaintiff incorporates and adopts paragraphs 1 to 28 as though fully set forth herein.

30. Plaintiff is a "consumer" as defined in the MMWA, 15 U.S.C. § 2301(3).

31. The vehicle is a "consumer product" as defined in the MMWA, 15 U.S.C. § 2301(1).

32. The vehicle was manufactured and leased after July 4, 1975.

33. The express written warranty is a "written warranty" as defined in the MMWA, 15 U.S.C. § 2301(6).

34. Manufacturer is a "supplier" and "warrantor" as defined in the MMWA, 15 U.S.C. § 2301(4), (5).

35. The above-described failures and issues could not reasonably have been discovered by Plaintiff prior to Plaintiff's lease of the vehicle.

36. The express written warranty was part of the basis of the bargain of the contract, upon which Plaintiff relied, for the lease of the vehicle.

37. The vehicle was never properly repaired under such express warranty and continued to be in a defective condition through no fault of Plaintiff.

38. Manufacturer's failure or refusal to adequately repair the vehicle is a breach of the express warranty.

39. The express warranty has failed of its essential purpose.

40. As a result of Manufacturer's breach, Plaintiff has suffered expenses, losses, and damages.

41.    Unlike other consumer goods, the vehicle naturally depreciated the moment after Plaintiff leased the vehicle, and continued to depreciate thereafter, all through no fault of Plaintiff.

42.    Plaintiff was faced with the reality that Manufacturer could not or would not adequately repair the vehicle, or in the alternative, the vehicle had been subject to an unreasonable number of repair attempts.

43.    Part of the vehicle's lease price was so Plaintiff could enjoy and maximize the "new vehicle experience" that was promised by Dealer and Manufacturer

44.    The unrepaired defects and problems with the vehicle took away from and diminished such experience from Plaintiff.

45.    Due to special circumstances created by current economic conditions leading to supply shortages and spiked prices in the retail automotive industry, the cost of a comparable replacement vehicle far exceeded the depreciated value of the subject vehicle.

46.    Plaintiff seeks recovery of damages which include the difference between the total sale price of a comparable replacement vehicle minus the value that Plaintiff could have or would have received upon trading the vehicle.

47.    In the alternative, Plaintiff seeks recovery of damages which include the difference between the subject vehicle's agreed upon value minus the value that Plaintiff could have or would have received upon trading the vehicle.

48.    In the alternative, Plaintiff seeks to recover the difference between the value of the vehicle as delivered and as accepted on the date of purchase.

49. Currently, there is no market for defective vehicles, which is in large part due to the instantaneous depreciation of vehicles as described above.

50. As a result, the difference in value between Plaintiff's vehicle as accepted and delivered on the date of the lease cannot be calculated with certainty, which makes the award of such damages appropriate under these special circumstances.

51. All conditions precedent prior to bringing this action have occurred, have been performed, or have been waived.

WHEREFORE, Plaintiff prays that judgment be entered against Manufacturer:

A. For damages in the proximate amount of the difference between the cost of a comparable replacement vehicle and the depreciated value of the subject vehicle;

B. For damages in the proximate amount of the difference between the agreed upon value of the subject vehicle and the depreciated value of the subject vehicle;

C. For the difference in value of the vehicle as promised and as actually delivered;

D. For actual, incidental, equitable, and consequential damages;

E. For costs, interest and actual attorneys' fees pursuant to 15 U.S.C. § 2310(d)(2); and

F. For such other relief this Court deems appropriate.

**JURY TRIAL DEMAND**

52. Plaintiff hereby demands trial by jury.

DATED: 6/16/22

Respectfully submitted,

Cremeens Law Group PLLC

/s/ Patrick J. Cremeens
Patrick J. Cremeens, Esq.
Fla. Bar No. 0025848
Jeanne M. Cremeens, Esq.

Fla. Bar No. 0026007
Scott I. Simkins, Esq.
Fla. Bar No. 0622631
5100 West Kennedy Boulevard, Suite 270
Tampa, Florida 33609
Phone (813) 839-2000 / Fax (813) 839-3500
Primary e-mail:    admin@cremeenslaw.com
Attorneys for Plaintiff, Lawrence Maxwell

# COMPOSITE EXHIBIT "A"

# CLOSED-END MOTOR VEHICLE LEASE AGREEMENT

Consumer Paper

☐ Monthly Payment Lease ☒ Single Payment Lease

**1. PARTIES:**

Lease Date: 05/08/2020

| Lessor - Dealer Name | Address |
|---|---|
| ASTON MARTIN OF DALLAS | 5333 LEMMON AVE DALLAS TX 75209 |
| **Lessee - Name** | **Address** |
| LAWRENCE TODD MAXWELL | 9161 MERCATO WAY NAPLES FL 34108 |
| **Lessee - Name** | **Address** |
| N/A | N/A |

Each Lessee signing this Lease ("you" or "your") agrees to lease from the Lessor named above the vehicle described in Section 2 (the "Vehicle") on the terms and conditions in this Lease Agreement ("Lease"). Lessor intends to assign its rights and interest under this Lease to JPMorgan Chase Bank, N. A. ("Chase"). As used in this Lease, the terms "us," "our" and "we" refer to the Lessor and, after assignment, to Chase or its successors and assigns.

**2. DESCRIPTION OF LEASED VEHICLE:**

| MODEL YEAR | MAKE | MODEL | BODY STYLE | COLOR | VEHICLE ID NO | ODOMETER |
|---|---|---|---|---|---|---|
| 2020 | ASTON MARTIN | V8 VANTAGE | AMR | BLACK | SCFSSGCW1LGN04520 | 34 |

☐ If checked, the primary use of the Vehicle is business or commercial; otherwise, it is personal, family or household use.

**3. LEASE TERM.** The Lease Term is 24 months, beginning on the Lease Date (above) and ending on 05/08/2022 (the "Maturity Date").

**4. DESCRIPTION OF TRADE-IN (if applicable)**

| MODEL YEAR | MAKE | MODEL | GROSS ALLOWANCE | AMOUNT OWED | NET TRADE-IN |
|---|---|---|---|---|---|
| N/A | N/A | N/A | $ N/A | $ N/A | $ N/A |

An "e" in this Lease indicates an estimate.

## Federal Consumer Leasing Act Disclosures

**5. Amount Due at Lease Signing or Delivery:** (Itemized below)* $106695.10

**6. Lease Payments:**
(a) **Monthly Payment Lease:** Your first Monthly Payment of $ N/A is due on N/A, followed by N/A payments of $ N/A due each following month. The total of your Monthly Payments is $ N/A.
(b) **Single Payment Lease:** Your Advance Single Payment of $104552.69 is due on 05/08/2020.

**7. Other Charges** (not part of your Monthly Payment):
Turn-in Fee (if you do not purchase the Vehicle from us): $ 695.00
Total: $ 695.00

**8. Total of Payments** (The amount you will have paid by the end of the Lease): $107390.10

## Itemization of Amount Due at Lease Signing or Delivery

**9. Amount Due at Lease Signing or Delivery:**

| | | |
|---|---|---|
| (a) | Capitalized Cost Reduction | $ N/A |
| (b) | First Monthly Payment | + $ N/A |
| (c) | Advance Single Payment | + $104552.69 |
| (d) | Refundable security deposit | + $ N/A |
| (e) | Initial title fees | + $ 103.00 |
| (f) | Initial registration fees | + $ 578.65 |
| (g) | Sales or use tax | + $ 102.76 |
| (h) | Acquisition Fee | + $ 1195.00 |
| (i) | Dealer document processing fee | + $ 163.00 |
| (j) | Prior credit or lease balance | + $ N/A |
| (k) | N/A | + $ N/A |
| (l) | N/A | + $ N/A |
| (m) | N/A | + $ N/A |
| (n) | N/A | + $ N/A |
| (o) | N/A | + $ N/A |
| (p) | N/A | + $ N/A |
| (q) | N/A | + $ N/A |
| (r) | N/A | + $ N/A |
| (s) | N/A | + $ N/A |
| (t) | N/A | + $ N/A |
| (u) | N/A | + $ N/A |
| (v) | Total | = $106695.10 |

**10. How the Amount Due at Lease Signing or Delivery will be paid:**

| | | |
|---|---|---|
| (a) | Net trade-in allowance | $ N/A |
| (b) | Amount to be paid in cash | + $106695.10 |
| (c) | Rebates and noncash credits: | |
| | (1) Manufacturer Rebate(s) | + $ N/A |
| | (2) N/A | + $ N/A |
| | (3) N/A | + $ N/A |
| | (4) N/A | + $ N/A |
| (d) | Total | = $106695.10 |

Lessee Initials Here [initials] Co-Lessee Initials Here N/A

FORM NO. CAFL-MASTER-LZR/E (REV. 6/19)

© 2019 JPMorgan Chase Bank N.A. Member FDIC

**11. Your Lease payment is determined as shown below:**

| | | |
|---|---|---|
| (a) | **Gross capitalized cost.** The agreed upon value of the Vehicle ($190000.00) and any items you pay for over the Lease Term (such as taxes, fees, service contracts, insurance, and any outstanding prior credit or lease balance) (See Section 16 below for an itemization of this amount) | $ 190000.00 |
| (b) | **Capitalized cost reduction.** The amount of any rebate, net trade-in allowance, noncash credit or cash you pay that reduces the gross capitalized cost | − $ N/A |
| (c) | **Adjusted capitalized cost.** The amount used in calculating your base Monthly Payment. | = $ 190000.00 |
| (d) | **Residual value.** The value of the Vehicle at the end of the Lease used in calculating your base Monthly Payment. | − $ 109375.02 |
| (e) | **Depreciation and any amortized amounts.** The amount charged for the Vehicle's decline in value through normal use and for other items paid over the Lease Term. | = $ 80624.98 |
| (f) | **Rent charge.** The amount charged in addition to the depreciation and any amortized amounts. | + $ 17962.46 |
| (g) | **Total of base Monthly Payments.** The depreciation and any amortized amounts plus the rent charge. | = $ 98587.44 |
| (h) | **Lease Payments.** The number of payments in your Lease. | ÷ 1 |
| (i) | **Base Lease Payment (Monthly or Advance Single, as applicable)** | = $ 98587.44 |
| (j) | **Sales/use tax.** | + $ 5965.25 |
| (k) | **Other:** N/A | + $ N/A |
| (l) | **Total Lease Payment (Monthly or Advance Single, as applicable)** | = $ 104552.69 |

Lease terms are negotiable with the Lessor. The Lessor intends to assign this Lease Agreement and may retain a portion of the Total Lease Payments.

**12. Early Termination. You may have to pay a substantial charge if you end this Lease early. The charge may be up to several thousand dollars. The actual charge will depend on when the Lease is terminated. The earlier you end the Lease, the greater this charge is likely to be.**

13. **Excessive Wear and Use.** You may be charged for excessive wear based on our standards for normal use, and for mileage in excess of 15000 miles per year during the scheduled Lease Term at the rate of 150 cents per mile.

14. **Purchase Option at End of Lease Term.** You have an option to purchase the Vehicle at the end of the Lease Term for $ 109375.02 and a purchase option fee of $ 150.00 for a total of $ 109525.02. The purchase option fee does not include fees for tags, taxes or registration.

15. **Other Important Terms.** See the remainder of this Lease for additional information on early termination, purchase options and maintenance responsibilities, warranties, late and default charges, insurance, excess wear standards and any security interest, if applicable.

16. **ITEMIZATION OF GROSS CAPITALIZED COST.**

| | | |
|---|---|---|
| (a) | Agreed upon value of the Vehicle | $190000.00 |
| (b) | Sales/use tax | + $ N/A |
| (c) | Initial title, license and registration fees | + $ N/A |
| (d) | Acquisition Fee | + $ N/A |
| (e) | Prior credit or lease balance | + $ N/A |
| (f) | Dealer document processing fee | + $ N/A |
| (g) | N/A | + $ N/A |
| (h) | N/A | + $ N/A |
| (i) | N/A | + $ N/A |
| (j) | N/A | + $ N/A |
| (k) | N/A | + $ N/A |
| (l) | N/A | + $ N/A |
| (m) | N/A | + $ N/A |
| (n) | N/A | + $ N/A |
| (o) | N/A | + $ N/A |
| (p) | N/A | + $ N/A |
| (q) | N/A | + $ N/A |
| (r) | Gross Capitalized Cost | = $190000.00 |

17. **OFFICIAL FEES AND TAXES.** The total amount you will pay for official and license fees, registration, title, and taxes over the term of your Lease, whether included with your Monthly Payments (or Advance Single Payment, as applicable) or assessed otherwise is:

$ 6732.23 e.

**This amount is an estimate. The actual total of fees and taxes may be higher or lower depending on the tax rates in effect or the value of the Vehicle when a fee or tax is assessed.◆**

18. **WARRANTIES.** The Vehicle is subject to the manufacturer's standard new car warranty. The Vehicle is also subject to any other express warranties or guarantees disclosed here:

N/A

There are no warranties, guarantees or other rights provided to you by us or the Vehicle's manufacturer other than those disclosed in this Lease.

WE DISCLAIM ALL IMPLIED WARRANTIES, INCLUDING THE WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, EXCEPT WHERE PROHIBITED BY LAW.

19. **INSURANCE VERIFICATION.** The insurance required by Section 28 of this Lease is in force on the Lease Date as follows:

Insurance Co.: ALLSTATE

Policy No.: 988277549

Agent's Name: EAST & GREENWELL

Agent's Address: 841 VANDERBILT BEACH RD NAPLES FL 3

Phone Number: (239)206-2404

◆ A SERVICE AND HANDLING FEE IS NOT AN OFFICIAL FEE. A SERVICE AND HANDLING FEE IS NOT REQUIRED BY LAW BUT MAY BE CHARGED TO THE CUSTOMER FOR PERFORMING SERVICES AND HANDLING DOCUMENTS RELATING TO THE CLOSING OF A SALE OR LEASE. THE SERVICE AND HANDLING FEE MAY RESULT IN PROFIT TO THE DEALER. THE SERVICE AND HANDLING FEE DOES NOT INCLUDE PAYMENT FOR THE PREPARATION OF LEGAL DOCUMENTS. THIS NOTICE IS REQUIRED BY LAW

Lessee Initials Here ______ Co-Lessee Initials Here N/A

© 2019 JPMorgan Chase Bank, N.A. Member FDIC

**20. OPTIONAL INSURANCE AND OTHER PRODUCTS.**
You are not required to buy any of the optional insurance products or other products listed below. You should carefully review the contracts that describe the details of any optional insurance products or other products you choose to buy. By signing this Lease, you have elected to purchase from the Lessor the following optional insurance products and other products:

| Type | Provider Name | Coverage Term/Coverage Amount | Premium/Charge* |
|---|---|---|---|
| ☐ Service Contract | N/A | N/A miles/ N/A months | $ N/A |
| ☐ Prepaid Maintenance Plan | N/A | N/A miles/ N/A months | $ N/A |
| ☐ Tire & Wheel Protection | N/A | N/A miles/ N/A months | $ N/A |
| N/A | N/A | N/A | $ N/A |
| N/A | N/A | N/A | $ N/A |
| N/A | N/A | N/A | $ N/A |

You have purchased the optional products listed above for a total charge of: ..................... $ N/A

* The Dealer may retain a portion of the premiums or other charges for the optional insurance products and other products listed above.

**21. HOW THIS LEASE MAY BE CHANGED.** This Lease contains the entire agreement for the Lease of the Vehicle. We may, in our sole discretion, agree orally to requests for extensions, deferrals, or due date changes, and confirm them electronically or in writing. We may, at our option, change any provision in this Lease by giving you at least 10 days' advance written or electronic notice of the proposed change, provided that the change is at least as favorable to you as the existing provision. No other changes to this Lease are effective unless they are in a written or electronic agreement signed by you and us.

Lessee's Signature: ____________ Lessee's Signature: N/A

**LESSEE(S) NOTICES AND SIGNATURES**

**BY SIGNING THIS LEASE, YOU ACKNOWLEDGE THAT THIS LEASE CONTAINS AN "ARBITRATION PROVISION" HEREIN, THAT YOU HAVE READ THE AGREEMENT TO ARBITRATE DISPUTES AND AGREE TO ITS TERMS.**

Total Loss Early Termination Payoff Balance Notice: If there is a total loss, destruction or theft of the Vehicle, the early termination payoff balance (Adjusted Lease Balance) of the Vehicle as determined under Section 30 of this Lease may be different than the actual cash value of the Vehicle as determined by your insurer of the Vehicle. Section 31 provides that you will not be obligated to pay us this amount, unless, as of the date of such total loss, you do not have in effect a physical damage insurance policy as required by Section 28. By signing this Lease, you acknowledge that you have read this notice and understand its content. Michigan: Lessee must initial indicating you have read this notice and understand its content.

Lessee's Initial: ____________ Lessee's Initial: N/A

**NOTICE TO LESSEE(S): BY SIGNING THIS LEASE BELOW YOU ACKNOWLEDGE THAT: (1) EACH LESSEE ACCEPTS AND IS SEPARATELY LIABLE UNDER THE TERMS AND CONDITIONS OF THIS LEASE; AND (2) YOU HAVE READ ALL PAGES OF THIS LEASE (INCLUDING TERMS APPEARING AFTER YOUR SIGNATURE, ON ADDITIONAL PAGES OF THIS LEASE), UNDERSTAND ALL OF ITS TERMS, AND WERE PRESENTED A COMPLETELY FILLED IN COPY BEFORE SIGNING BELOW. BEFORE SIGNING, YOU ARE ENTITLED TO A COMPLETELY FILLED IN COPY OF THE LEASE YOU MAY KEEP. YOU ARE ALSO ENTITLED TO A COPY OF YOUR SIGNED LEASE.**

Lessee(s) agree to all terms and conditions in this Lease

____________ Lessee Signs ____________ Title (if a business)

X N/A Lessee Signs N/A Title (if a business)

**LESSOR'S SIGNATURE AND ASSIGNMENT**

By signing below, Lessor: (1) accepts all terms and conditions of this Lease: and then (2) assigns all of its rights under this Lease, as well as all title and interest in and to the Vehicle, to JPMorgan Chase Bank, N.A. ("Chase"), subject to the applicable dealer agreement between the Lessor and Chase; and (3) warrants to Chase that the insurance set forth in Section 19 is in place and complies with the requirements of this Lease.

X ____________ Lessor-Dealer Signs Title: F&I Date: 05/08/2020

© 2019 JPMorgan Chase Bank, N.A. Member FDIC

Date: 05/08/2020

# VEHICLE BUYER'S ORDER

| Buyer Name and Address | Co-Buyer Name and Address | Seller Name and Address |
|---|---|---|
| LAWRENCE TODD MAXWELL<br>9161 MERCATO WAY<br>NAPLES FL 34108 | N/A | ASTON MARTIN OF DALLAS<br>5333 LEMMON AVE<br>DALLAS TX 75209 |
| Email: TM4615@GMAIL.COM<br>Phone:<br>Cell: (863)272-4615 | Email: N/A<br>Phone: N/A<br>Cell: N/A | Salesperson: SETH GEESLIN<br>Deal Number: 89757 |

THIS BUYER'S ORDER IS FOR THE FOLLOWING ☒NEW ☐USED ☒CAR ☐TRUCK TO BE DELIVERED ON OR ABOUT 05/08/2020

| Year | Make | Model | Type | Trim | Color | Mileage | Stock # |
|---|---|---|---|---|---|---|---|
| 2020 | ASTON MART | V8 VANTAGE | AMR | COUPE | BLACK | 34 | A20-37 |

VIN SCFSSGCW1LGN04520

**TRADE IN RECORD 1**

| Field | Value |
|---|---|
| YR. / MAKE / MODEL / TYPE | N/A / N/A / N/A / N/A |
| COLOR / TRIM / MILEAGE | N/A / N/A / N/A |
| VIN | N/A |
| TITLE NO. / PLATE NO. / EXP. DATE | N/A / N/A / N/A |
| OWNER / LOAN # | N/A / N/A |
| LIENHOLDER / PHONE | N/A / N/A |
| ADDRESS / SPOKE WITH | N/A / N/A |
| AMOUNT / GOOD TILL / VERIFIED BY | N/A / N/A / N/A |

**TRADE IN RECORD 2**

| Field | Value |
|---|---|
| YR. / MAKE / MODEL / TYPE | N/A / N/A / N/A / N/A |
| COLOR / TRIM / MILEAGE | N/A / N/A / N/A |
| VIN | N/A |
| TITLE NO. / PLATE NO. / EXP. DATE | N/A / N/A / N/A |
| OWNER / LOAN # | N/A / N/A |
| LIENHOLDER / PHONE | N/A / N/A |
| ADDRESS / SPOKE WITH | N/A / N/A |
| AMOUNT / GOOD TILL / VERIFIED BY | N/A / N/A / N/A |

**COLLISION COVERAGE**

| Field | Value |
|---|---|
| NAME OF AGENT | EAST & GREENWELL |
| PHONE | (239)206-2404 |
| ADDRESS | 841 VANDERBILT BEACH RD NAPLES FL 34108 |
| POLICY NUMBER | 988277549 |
| COLLISION DEDUCTIBLE | |
| INSURANCE CO. | ALLSTATE |
| SPOKE WITH | |
| EFFECTIVE DATE | 03/12/2020 |
| EXP. DATE | 09/12/2020 |
| VERIFIED BY | |

| Item | Amount |
|---|---|
| PRICE OF VEHICLE | $190000.00 |
| ACCESSORIES SERVICES, TAXES: | |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| SALES TAX | 102.76 |
| SERVICE CONTRACT | N/A |
| CASH PRICE | 190102.76 |
| NET TRADE IN ALLOWANCE | N/A |
| CASH DOWNPAYMENT | N/A |
| OTHER DOWNPAYMENT | N/A |
| UNPAID BALANCE | 190102.76 |
| **DOCUMENTARY FEE | 163.00 |
| OTHER CHARGES: | |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| LICENSE FEE | 70.65 |
| N/A | N/A |
| TAGS AND TITLE | 611.00 |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| PRIOR CREDIT BALANCE | N/A |
| UNPAID BALANCE DUE | 190947.41 |

**A DOCUMENTARY FEE IS NOT AN OFFICIAL FEE. A DOCUMENTARY FEE IS NOT REQUIRED BY LAW, BUT MAY BE CHARGED TO BUYERS FOR HANDLING DOCUMENTS RELATING TO THE SALE. A DOCUMENTARY FEE MAY NOT EXCEED A REASONABLE AMOUNT AGREED TO BY THE PARTIES. THIS NOTICE IS REQUIRED BY LAW.

UN CARGO DOCUMENTAL NO ES UN CARGO OFICIAL. LA LEY NO EXIGE QUE SE IMPONGA UN CARGO DOCUMENTAL. PERO ÉSTE PODRÍA COBRARSE A LOS COMPRADORES POR EL MANEJO DE LA DOCUMENTACIÓN EN RELACIÓN CON LA VENTA. UN CARGO DOCUMENTAL NO PUEDE EXCEDER UNA CANTIDAD RAZONABLE ACORDADA POR LAS PARTES. ESTA NOTIFICACIÓN SE EXIGE POR LEY.

NOTICE TO CREDIT BUYER

If Buyer(s) intends to finance this vehicle purchase on credit this Buyer's Order is an offer to purchase only. This Buyer's Order is not an agreement for the extension of credit.

THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

**USED CAR BUYERS GUIDE: THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THE CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.**

**GUÍA PARA COMPRADORES DE VEHÍCULOS USADOS. LA INFORMACIÓN QUE VE EN EL FORMULARIO DE LA VENTANILLA PARA ESTE VEHÍCULO FORMA PARTE DEL PRESENTE CONTRATO. LA INFORMACIÓN DEL FORMULARIO DE LA VENTANILLA DEJA SIN EFECTO TODA DISPOSICIÓN EN CONTRARIO CONTENIDA EN EL CONTRATO DE VENTA.**

ALL WARRANTIES, IF ANY, BY A MANUFACTURER OR SUPPLIER OTHER THAN SELLER ARE THEIRS, NOT SELLER'S. ONLY SUCH MANUFACTURER OR OTHER SUPPLIER SHALL BE LIABLE FOR PERFORMANCE UNDER SUCH WARRANTIES, UNLESS SELLER FURNISHES BUYER WITH A SEPARATE WRITTEN WARRANTY OR SERVICE CONTRACT MADE BY SELLER ON ITS OWN BEHALF. SELLER NEITHER ASSUMES NOR AUTHORIZES ANY PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF ANY PRODUCTS.

**UNLESS THE SELLER MAKES A WRITTEN WARRANTY ON ITS OWN BEHALF, OR ENTERS INTO A SERVICE CONTRACT WITHIN 90 DAYS FROM THE DATE OF THIS ORDER, THIS VEHICLE IS SOLD "AS IS" AND "WITH ALL FAULTS" AND THE SELLER MAKES NO WARRANTIES, EXPRESS OR IMPLIED, ON THE VEHICLE, AND THERE WILL BE NO IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. THIS PROVISION DOES NOT AFFECT ANY WARRANTIES COVERING THE VEHICLE THAT THE MANUFACTURER OR SUPPLIER MAY PROVIDE.**

Buyer acknowledges that he has read, understands and accepts all of the provisions of this seller warranty disclaimer covering the motor vehicle described.

**AS BUYER OF THE VEHICLE DESCRIBED ON PAGE 1, I UNDERSTAND AND AGREE THAT THE SELLER MAY MAKE A PROFIT ON THE SALE OF THE VEHICLE, ANY ADD-ON EQUIPMENT, INSURANCE PRODUCT, FINANCING, WARRANTY OR SERVICE CONTRACT, REPAIR, OR ANY OTHER PRODUCT OR SERVICE SOLD BY SELLER.**

**The Seller's Inventory Tax charge is intended to reimburse the seller for ad valorem taxes on its motor vehicle inventory. The charge, which is paid by the seller to the county tax assessor-collector, is not a tax imposed on the consumer by the government, and is not required to be charged by the seller to the consumer.**

**Buyer agrees that this Agreement includes all of the terms and conditions on all pages of this Agreement hereof, that this Agreement cancels and supersedes any prior agreement including oral agreements, and as of the date below comprises the complete and exclusive statement of the terms of the agreement relating to the subject matters covered by this Agreement. Buyer, by signing this Agreement, acknowledges that Buyer has read its terms and has received a true copy of this Agreement.**

**If Buyer is buying the Vehicle for cash (this includes a Buyer arranging Buyer's own financing from a party other than seller), this Agreement is not binding upon either Seller or Buyer until signed by an authorized Seller representative.**

**Agreement to Arbitrate:** By signing below, you agree that, pursuant to the Arbitration Provision on page 4 of this contract, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.

Buyer Signs X [signature] Co-Buyer Signs X N/A

**BUYER HAS READ ALL PAGES OF THIS AGREEMENT AND AGREES TO ALL TERMS AND CONDITIONS IN THIS AGREEMENT.**

**BUYER SIGNS X** [signature] **DATE** 05/08/2020

**CO-BUYER SIGNS X** N/A **DATE** N/A

**MANAGER'S APPROVAL** [signature] **DATE** 05/08/2020

**(Must Be Accepted By An Authorized Representative of the Seller)**

THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

# COMPOSITE EXHIBIT "B"

 JAGUAR NAPLES
800 Tamiami Tr N
NAPLES, FLORIDA 34102
239-280-5101
State of Florida
Registration: MV-54494

ASTON MARTIN NAPLES
800 Tamiami Tr N
NAPLES, FLORIDA 34102
239-280-5103
State of Florida
Registration: MV-54494

MASERATI OF NAPLES
800 Tamiami Tr N
NAPLES, FLORIDA 34102
239-280-5106
State of Florida
Registration: MV-54494

ASCS128059

LAND ROVER NAPLES
800 Tamiami Tr N
NAPLES, FLORIDA 34102
239-280-5102
State of Florida
Registration: MV-54494

ASCS128059

CELL: 239-287-1230

CUSTOMER NO 45514

AMY MAXWELL
9161 MERCATO WAY
NAPLES, FL 34108

RESIDENCE PHONE 239-287-1230
BUSINESS PHONE

ADVISOR LUTHER ALLEN 1146
TAG NO. 3160
INVOICE DATE 12/28/21
INVOICE NO. ASCS128059
LABOR RATE
LICENSE NO
MILEAGE 2,896
COLOR /
STOCK NO
YEAR / MAKE / MODEL 20/ASTON MARTIN/VANTAGE/2DR CPE AMR
DELIVERY DATE
DELIVERY MILES
VEHICLE ID NO. S C F S S G C W 1 L G N 0 4 5 2 0
SELLING DEALER NO
PRODUCTION DATE
F T E NO
P O NO
R O DATE 12/14/21
COMMENTS

MO: 2917

LABOR & PARTS

J# 1 31ASZ MANUAL TRANSMISSION TECH(S):827 WARRANTY
CLIENT STATES TRANSMISSION WILL NOT GO INTO GEAR.
SPHERICAL JOINT WEAR
VERIFIED CONCERN. UPON ARRIVAL FOUND THAT ONLY 4TH GEAR COULD BE SELECTED. OPENED SPOTLIGHT CASE AM-A16-MHE-0123 TO AID IN DIAGNOSIS. COMPLETED REWORK TO SHIFTER ASSEMBLY AS PER SB-07-1376 AND COMPLETED REWORK TO SHIFTER ASSEMBLY. COMPLETED HONING OF GEARBOX SHIFT CABLES AND VERIFIED CORRECT OPERATION OF SHIFTER. DROVE 20 MILES AND HAD NO ISSUES

| PARTS | QTY | FP-NUMBER | DESCRIPTION | UNIT PRICE | |
|---|---|---|---|---|---|
| JOB # 1 | 1 | LY63-4A109-AA | SERV KIT MANUAL T | | WARRANTY |
| | | | JOB # 1 TOTAL PARTS | | 0.00 |
| | | | JOB # 1 TOTAL LABOR & PARTS | | 0.00 |

J# 2 00ASZ01 WORLD CLASS INSPECTI TECH(S):827 INTERNAL
PLEASE PERFORM WORLD CLASS MULTI INSPECTION
COMPLETE MULTI-POINT INSPECTION
WORLD CLASS MULTI-POINT INSPECTION COMPLETED AT CHARGE TO CLIENT

| PARTS | QTY | FP-NUMBER | DESCRIPTION | UNIT PRICE | |
|---|---|---|---|---|---|
| | | | JOB # 2 TOTAL PARTS | | 0.00 |
| | | | JOB # 2 TOTAL LABOR & PARTS | | 0.00 |

TOTALS

| | |
|---|---|
| TOTAL LABOR.... | 0.00 |
| TOTAL PARTS.... | 0.00 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 0.00 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX...... | 0.00 |
| **TOTAL INVOICE $** | **0.00** |

CUSTOMER SIGNATURE

************************** D U P L I C A T E I N V O I C E ****************************

**SHOP SUPPLIES AND HAZARDOUS WASTE DISPOSAL CHARGES**

This charge represents costs and profits to the motor vehicle repair facility for items such as miscellaneous shop supplies and/or waste disposal. [s.559.904(4)]

The State of Florida requires a $1.00 fee to be collected for each new tire sold in the state [s.403.718] and a $1.50 fee to be collected for each new or remanufactured battery sold in the state. [s 403.7185].

ALL PARTS NEW UNLESS OTHERWISE INDICATED

DISCLAIMER OF WARRANTIES: THE FACTORY WARRANTY CONSTITUTES ALL OF THE WARRANTIES WITH RESPECT TO THE SALE OF THESE ITEMS. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE SELLER NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF THIS ITEM/ITEMS. PARTS AND LABOR ARE GUARANTEED FOR EITHER 12 MONTHS OR 12,000 MILES, WHICHEVER OCCURS FIRST UNLESS OTHERWISE SPECIFIED. OTHER STANDARD MANUFACTURER WARRANTIES MAY APPLY. ASK YOUR SERVICE ADVISOR FOR DETAILS.

PAGE 1 OF 1 CUSTOMER COPY [ END OF INVOICE ] 03:46pm

The Reynolds and Reynolds Company
SF635091 O (05/20)

 JAGUAR NAPLES
NAPLES, FLORIDA 34108

ASTON MARTIN NAPLES
NAPLES, FLORIDA 34108
State of Florida
Registration MV-54494

MASERATI OF NAPLES
NAPLES, FLORIDA 34108

ASCS118097

LAND ROVER NAPLES
NAPLES, FLORIDA 34108

ASCS118097

CELL: 239-287-1230

45514

AMY MAXWELL
9161 MERCATO WAY
NAPLES, FL 34108

239-287-1230

ADVISOR: LUTHER ALLEN 1146 | TAG NO: 3611 | INVOICE DATE: 02/01/21 | INVOICE NO: ASCS118097

MILEAGE: 1,850 | COLOR: /

YEAR/MAKE/MODEL: 20/ASTON MARTIN/VANTAGE/2DR CPE AMR

SERIAL NO: S C F S S G C W 1 L G N 0 4 5 2 0

R.O. DATE: 01/20/21

MO: 1867

LABOR & PARTS

J# 1 35ASZ MANUAL TRANSMISSION TECH(S):827 WARRANTY

CLIENT STATES MANUAL TRANSMISSION IS INOPERATIVE.
SEPARATED CLUTCH
APPROVAL CODE WW102140
VERIFIED CONCERN AND FOUND THAT THE CLUTCH HAD COME APART. OPENED SPOTLIGHT CASE AM-A16-MME-0047 AND DISASSEMBLED TO ASSESSS DAMAGE. ADDED PHOTOS TO THE CASE AND WAS INSTRUCTED TO REPLACE THE CLUTCH AND FLYWHEEL. CLEANED RESIDUAL CLUTCH FROM TORQUE TUBE AND REAR OF ENGINE. REASSEMBLED AND CLEARED MISFIRE AND CLUTCH ADAPTIONS. COMPLETED RELEARN OF CLUTCH FOLLOWED BY MISFIRE ADAPTIONS. DROVE AND VERIFIED CORRECT OPERATION.
IT SHOULD BE NOTED THAT THIS IS A ONE TIME GOODWILL REPAIR IN THE INTEREST OF CUSTOMER SATISFACTION AS THERE ARE SIGNS OF OVERHEATING/EXCESSIVE WEAR OF THE CLUTCH.
APPROVAL CODE WW102140

| PARTS | QTY | FP-NUMBER | DESCRIPTION | UNIT PRICE | |
|---|---|---|---|---|---|
| JOB # 1 | 1 | LY63-7540-AA | CLUTCH - TWIN PLA 0 | | WARRANTY |
| JOB # 1 | 9 | LY63-CD60-AA | BOLT-M6 x1.00 x 6 0 | | WARRANTY |
| JOB # 1 | 1 | LY63-6W366-BB | DRIVE DAMPER ASSY 0 | | WARRANTY |
| JOB # 1 | 8 | LY63-611B74-AC | BOLT-M10x1.00x28. 0 | | WARRANTY |
| JOB # 1 | 1 | 1R12-02-10061 | PILOT BEARING -1 | | WARRANTY |

JOB # 1 TOTAL PARTS 0.00

JOB # 1 TOTAL LABOR & PARTS 0.00

J# 2 00AS201 WORLD CLASS INSPECTI TECH(S):827 INTERNAL

PLEASE PERFORM WORLD CLASS MULTI INSPECTION
COMPLETE MULTI-POINT INSPECTION
WORLD CLASS MULTI-POINT INSPECTION COMPLETED AT CHARGE TO CLIENT

PARTS QTY FP-NUMBER DESCRIPTION UNIT PRICE

JOB # 2 TOTAL PARTS 0.00

JOB # 2 TOTAL LABOR & PARTS 0.00

ESTIMATE
CUSTOMER HEREBY ACKNOWLEDGES RECEIVING ORIGINAL ESTIMATE OF 50.00 (+TAX)

COMMENTS
TOW-IN

**SHOP SUPPLIES AND HAZARDOUS WASTE DISPOSAL CHARGES**

This charge represents costs and profits to the motor vehicle repair facility for items such as miscellaneous shop supplies and/or waste disposal. [s.559.904(4)]

The State of Florida requires a $1.00 fee to be collected for each new tire sold in the state [s.403.718] and a $1.50 fee to be collected for each new or remanufactured battery sold in the state. [s.403.7185]

ALL PARTS NEW UNLESS OTHERWISE INDICATED

DISCLAIMER OF WARRANTIES: THE FACTORY WARRANTY CONSTITUTES ALL OF THE WARRANTIES WITH RESPECT TO THE SALE OF THESE ITEMS. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. SELLER NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF THIS ITEM/ITEMS. PARTS AND LABOR ARE GUARANTEED FOR EITHER 12 MONTHS OR 12,000 MILES, WHICHEVER OCCURS FIRST UNLESS OTHERWISE SPECIFIED. OTHER STANDARD MANUFACTURER WARRANTIES MAY APPLY. ASK YOUR SERVICE ADVISOR FOR DETAILS.

 CUSTOMER COPY CONTINUED ON NEXT PAGE 02:45pm

 ASCS118097

ASCS118097

JAGUAR NAPLES
900 Tamiami Trl N
NAPLES, FLORIDA 34102
239-280-5101
State of Florida
Registration: MV-54494

ASTON MARTIN NAPLES
900 Tamiami Trl N
NAPLES, FLORIDA 34102
239-280-5103
State of Florida
Registration: MV-54494

MASERATI OF NAPLES
900 Tamiami Trl N
NAPLES, FLORIDA 34102
239-280-5106
State of Florida
Registration: MV-54494

LAND ROVER NAPLES
900 Tamiami Trl N
NAPLES, FLORIDA 34102
239-280-5102
State of Florida
Registration: MV-54494

CELL: 239-287-1230

CUSTOMER NO: 45514

AMY MAXWELL
9161 MERCATO WAY
NAPLES, FL 34108

| ADVISOR | | TAG NO | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|
| LUTHER ALLEN | 1146 | 3611 | 02/01/21 | ASCS118097 |

| LABOR RATE | LICENSE NO | MILEAGE | COLOR | STOCK NO |
|---|---|---|---|---|
| | | 1,850 | / | |

| YEAR / MAKE / MODEL | DELIVERY DATE | DELIVERY MILES |
|---|---|---|
| 20/ASTON MARTIN/VANTAGE/2DR CPE AMR | | |

| VEHICLE ID. NO. | SELLING DEALER NO | PRODUCTION DATE |
|---|---|---|
| SCFSSGCW1LGN04520 | | |

| F.T.E. NO | P.O. NO | R.O. DATE |
|---|---|---|
| | | 01/20/21 |

| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS |
|---|---|---|
| 239-287-1230 | | MO: 1867 |

TOTALS

```
*************************************************************************
* NEXT RECOMMENDED SERVICE:                                             *
* 01/20/2021 /  2917 MI 01ASZ010          10000 MILE SERVICE            *
*************************************************************************
```

| | |
|---|---|
| TOTAL LABOR. | 0.00 |
| TOTAL PARTS.... | 0.00 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC-CHG. | 0.00 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX...... | 0.00 |
| **TOTAL INVOICE $** | **0.00** |

CUSTOMER SIGNATURE

************************* DUPLICATE INVOICE *************************

**SHOP SUPPLIES AND HAZARDOUS WASTE DISPOSAL CHARGES**

This charge represents costs and profits to the motor vehicle repair facility for items such as miscellaneous shop supplies and/or waste disposal [s.559.904(4)]

The State of Florida requires a $1.00 fee to be collected for each new tire sold in the state [s.403.718] and a $1.50 fee to be collected for each new or remanufactured battery sold in the state [s.403.7185]

ALL PARTS NEW UNLESS OTHERWISE INDICATED

DISCLAIMER OF WARRANTIES: THE FACTORY WARRANTY CONSTITUTES ALL OF THE WARRANTIES WITH RESPECT TO THE SALE OF THESE ITEMS. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE SELLER NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF THIS ITEM/ITEMS. PARTS AND LABOR ARE GUARANTEED FOR EITHER 12 MONTHS OR 12,000 MILES, WHICHEVER OCCURS FIRST UNLESS OTHERWISE SPECIFIED. OTHER STANDARD MANUFACTURER WARRANTIES MAY APPLY ASK YOUR SERVICE ADVISOR FOR DETAILS

The Reynolds and Reynolds Company
SF635994 Q (05/20)

  

JAGUAR NAPLES
900 Tamiami Trl N
NAPLES, FLORIDA 34102
239-280-5101
State of Florida Registration: MV-54494

ASTON MARTIN NAPLES
900 Tamiami Trl N
NAPLES, FLORIDA 34102
239-280-5103
State of Florida Registration: MV-54494

MASERATI OF NAPLES
900 Tamiami Trl N
NAPLES, FLORIDA 34102
239-280-5105
State of Florida Registration: MV-54494

ASCS128763

LAND ROVER NAPLES
900 Tamiami Trl N
NAPLES, FLORIDA 34102
239-280-5102
State of Florida Registration: MV-54494

ASCS128763

CELL: 239-287-1230

| CUSTOMER NO. | ADVISOR | TAG NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|
| 45514 | LUTHER ALLEN 1146 | 3262 | 03/08/22 | ASCS128763 |

AMY MAXWELL
9161 MERCATO WAY
NAPLES, FL 34108

| LABOR RATE | LICENSE NO. | MILEAGE | COLOR | STOCK NO. |
|---|---|---|---|---|
| | | 2,937 | / | |

| YEAR / MAKE / MODEL | DELIVERY DATE | DELIVERY MILES |
|---|---|---|
| 20/ASTON MARTIN/VANTAGE/2DR CPE AMR | | |

| VEHICLE I.D. NO. | SELLING DEALER NO. | PRODUCTION DATE |
|---|---|---|
| S C F S S G C W 1 L G N 0 4 5 2 0 | | |

| F.T.E. NO. | P.O. NO. | R.O. DATE | |
|---|---|---|---|
| | | 01/11/22 | REPRINT# 1 |

| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS |
|---|---|---|
| 239-287-1230 | | |

MO: 2975

```
                                   JOB #  2 TOTAL PARTS              0.00
                               JOB #  2 TOTAL LABOR & PARTS          0.00
------------------------------------------------------------------------
JOB # 3 00ASE021 ... WORLD CLASS INSPECTI        TECH(S):627     INTERNAL
         PLEASE PERFORM WORLD CLASS MULTI INSPECTION
         COMPLETE MULTI-POINT INSPECTION
         CONTACTED CLIENT TO INFORM IT WAS READY. CLIENT STATED THEY
         HAD LOST CONFIDENCE I THE VEHICLE AND WOULD NOT BE PICKING
         IT UP. STATED THEIR ATTORNEY WOULD BE CONTACTING ASTON
         MARTIN DIRECTLY.
PARTS------QTY---FP-NUMBER-------------DESCRIPTION------------------UNIT PRICE-
                                   JOB #  3 TOTAL PARTS              0.00
                               JOB #  3 TOTAL LABOR & PARTS          0.00
------------------------------------------------------------------------
JOB # 4 99AS2       MISC CAMPAIGN                TECH(S):627     WARRANTY
Added Operation  (BLUNIAC @ 03/07/2022 16:07)
        CAMPAIGN # SA-01-1593 --
        OPEN CAMPAIGN
        COMPLETED SA-01-1593, INSPECTION ONLY, SWING SPACING WITHIN
        TOLERANCE
PARTS------QTY---FP-NUMBER-------------DESCRIPTION------------------UNIT PRICE-
                                   JOB #  4 TOTAL PARTS              0.00
                               JOB #  4 TOTAL LABOR & PARTS          0.00
SUBLET-----PO#--------VEND INV#-INV.DATE-DESCRIPTION----------------------
JOB # 1    63370      6537381   03/08/22 FUEL                    INTERNAL
                                        TOTAL - SUBLET               0.00
TOTALS------------------------------------------------------------------
                                        TOTAL LABOR....              0.00
                                        TOTAL PARTS....              0.00
                                        TOTAL SUBLET...              0.00
                                        TOTAL G.O.G....              0.00
                                        TOTAL MISC CHG.              0.00
                                        TOTAL MISC DISC              0.00
                                        TOTAL TAX......              0.00
                                                                 --------
                                        TOTAL INVOICE $              0.00
```

**SHOP SUPPLIES AND HAZARDOUS WASTE DISPOSAL CHARGES**

This charge represents costs and profits to the motor vehicle repair facility for items such as miscellaneous shop supplies and/or waste disposal. [s.559.904(4)]

The State of Florida requires a $1.00 fee to be collected for each new tire sold in the state [s.403.718] and a $1.50 fee to be collected for each new or remanufactured battery sold in the state. [s.403.7185].

ALL PARTS NEW UNLESS OTHERWISE INDICATED

DISCLAIMER OF WARRANTIES: THE FACTORY WARRANTY CONSTITUTES ALL OF THE WARRANTIES WITH RESPECT TO THE SALE OF THESE ITEMS. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. SELLER NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF THIS ITEM/ITEMS. PARTS AND LABOR ARE GUARANTEED FOR EITHER 12 MONTHS OR 12,000 MILES, WHICHEVER OCCURS FIRST UNLESS OTHERWISE SPECIFIED. OTHER STANDARD MANUFACTURER WARRANTIES MAY APPLY. ASK YOUR SERVICE ADVISOR FOR DETAILS.

CUSTOMER SIGNATURE

**************************** D U P L I C A T E I N V O I C E ****************************

The Reynolds and Reynolds Company SFB35991 G (05/20)





JAGUAR NAPLES
800 Tamiami Trl N
NAPLES, FLORIDA 34108
239-280-5101
State of Florida
Registration: MV-54494

ASTON MARTIN NAPLES
900 Tamiami Trl N
NAPLES, FLORIDA 34102
239-280-5103
State of Florida
Registration: MV-54494

MASERATI OF NAPLES
900 Tamiami Trl N
NAPLES, FLORIDA 34102
239-280-5106
State of Florida
Registration: MV-54494

ASCS128763

LAND ROVER NAPLES
800 Tamiami Trl N
NAPLES, FLORIDA 34108
239-280-5102
State of Florida
Registration: MV-54494

ASCS128763

CELL: 239-287-1230

| CUSTOMER NO. | ADVISOR | TAG NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|
| 45514 | LUTHER ALLEN 1146 | 3262 | 03/08/22 | ASCS128763 |

AMY MAXWELL
9161 MERCATO WAY
NAPLES, FL 34108

| LABOR RATE | LICENSE NO. | MILEAGE | COLOR | STOCK NO. |
|---|---|---|---|---|
| | | 2,937 | / | |

| YEAR/MAKE/MODEL | DELIVERY DATE | DELIVERY MILES |
|---|---|---|
| 20/ASTON MARTIN/VANTAGE/2DR CPE AMR | | |

| VEHICLE ID. NO. | SELLING DEALER NO. | PRODUCTION DATE |
|---|---|---|
| S C F S S G C W 1 L G N 0 4 5 2 0 | | |

| F.T.E. NO. | P.O. NO. | R.O. DATE | |
|---|---|---|---|
| | | 01/11/22 | REPRINT# 1 |

| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS |
|---|---|---|
| 239-287-1230 | | |

LABOR & PARTS MO: 2975

JOB# 1 60AS201 INT TRIM CONCERN TECH(S):827 WARRANTY

CLIENT STATES TRANSMISSION IS DIFFICULT TO GET INTO 1-2-R.
CLUTCH MALFUNCTION
APPROVAL WW108764
VERIFIED CONCERN. REOPENED SPOTLIGHT CASE AM-A16-MHE-0123. COMPLETED THE REQUIRED RE-BLEEDING OF THE CLUTCH SYSTEM AND FOUND NO AIR TRAPPED IN SYSTEM. WITH DATA MONITOR FOUND THAT WHEN FIRST STARTING AND VEHICLE COLD THAT THE CLUTCH SPEED WOULD DROP AS REQUIRED WHEN RELEASED BUT ONCE WARMED THE CLUTCH SPEED WOULD NOT DROP RESULTING IN THE EXCESSIVE EFFORT TO SELECT GEARS. DISASSEMBLED AND ATTACHED PHOTOS OF FLYWHEEL AND CLUTCH. AS INSTRUCTED REPLACED THE FLYWHEEL, CLUTCH, MASTER AND SLAVE CYLINDERS. BLED THE HYDRAULIC CIRCUIT AFTER TORQUE TUBE INSTALLATION AND VERIFIED CORRECT RELEASE OF THE CLUTCH PRIOR TO TRANSMISSION INSTALLATION BY SPINNING THE DRIVESHAFT BY HAND. REINSTALLED TRANSMISSION, VERIFIED CORRECT ADJUSTMENT OF THE SHIFT CABLES AND REFIT THE EXHAUST SYSTEM. CLEARED CODES AND COMPLETED PROCESS TO CLEAR CLUTCH ADAPTIONS CLEARED MISFIRE ADAPTIONS AND COMPLETED DRIVE CYCLE TO RELEARN. DROVE AN ADDITIONAL 15 MILES AND VERIFIED CORRECT OPERATION OF CLUTCH. IT SHOULD BE NOTED THAT CURRENTLY THERE IS NO WORKSHOP PROCEDURE FOR CLUTCH MASTER CYLINDER REPLACEMENT AND REARWARD EXHAUST SEALING RINGS WERE REUSED AS THEY ARE NOT AVAILABLE SEPARATE

| PARTS | QTY | FP | NUMBER | DESCRIPTION | UNIT PRICE | |
|---|---|---|---|---|---|---|
| JOB # 1 | 9 | | LY63-CD60-AA | BOLT-M6 x1.00 x 6 | | WARRANTY |
| JOB # 1 | 1 | | 1R12-02-10061 | PILOT BEARING | | WARRANTY |
| JOB # 1 | 2 | | 4G43-5E281-AA | GASKET | | WARRANTY |
| JOB # 1 | 1 | | 704572 | CIRCLIP | | WARRANTY |
| JOB # 1 | 4 | | 8033-2C564-AA | BOLT-M12 X 1.5 X | | WARRANTY |
| JOB # 1 | 2 | | HY53-487029-AA | BOLT M14 X90 HEX | | WARRANTY |
| JOB # 1 | 1 | | 703166-PK | NUT-M14 PACK OF 5 | | WARRANTY |
| JOB # 1 | 1 | | 701743-PK | NUT-M12x1.5 FLG ( | | WARRANTY |
| JOB # 1 | 10 | | 703164 | M6 LOCKNUT | | WARRANTY |
| JOB # 1 | 1 | | LY63-7540-AA | CLUTCH - TWIN PLA | | WARRANTY |
| JOB # 1 | 1 | | LY63-7A564-AA | CYC CL SLAV ASSY | | WARRANTY |
| JOB # 1 | 1 | | LY63-7A543-AD | MASTER CYL-CLUTCH | | WARRANTY |
| JOB # 1 | 1 | | LY63-6H366-BB | DRIVE DAMPER ASSY | | WARRANTY |
| JOB # 1 | 8 | | LY63-611874-AC | BOLT-M10x1.00x28. | | WARRANTY |
| JOB # 1 | 1 | | 707497-PK | BOLT M10 X 1.5 X | | WARRANTY |
| JOB # 1 | 4 | | 703565 | NUT-M12 HEX FLG P | | WARRANTY |

JOB # 1 TOTAL PARTS 0.00

JOB # 1 TOTAL LABOR & PARTS 0.00

JOB# 2 51ASZ01 BODY ELECT CONCERN TECH(S):827 WARRANTY

CLIENT STATES THE RADIO ISN'T WORKING.
RADIO WAS TURNED OFF
VERIFIED CONCERN AND FOUND SYSTEM WAS TURNED OFF. TURNED ON AND VERIFIED CORRECT OPERATION.

PARTS------QTY---FP-NUMBER--------------DESCRIPTION------------------UNIT PRICE-

**SHOP SUPPLIES AND HAZARDOUS WASTE DISPOSAL CHARGES**

This charge represents costs and profits to the motor vehicle repair facility for items such as miscellaneous shop supplies and/or waste disposal. [s.559.904(4)]

The State of Florida requires a $1.00 fee to be collected for each new tire sold in the state [s.403.718] and a $1.50 fee to be collected for each new or remanufactured battery sold in the state. [s.403.7185].

ALL PARTS NEW UNLESS OTHERWISE INDICATED

DISCLAIMER OF WARRANTIES: THE FACTORY WARRANTY CONSTITUTES ALL OF THE WARRANTIES WITH RESPECT TO THE SALE OF THESE ITEMS. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. SELLER NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF THIS ITEM/ITEMS. PARTS AND LABOR ARE GUARANTEED FOR EITHER 12 MONTHS OR 12,000 MILES, WHICHEVER OCCURS FIRST UNLESS OTHERWISE SPECIFIED. OTHER STANDARD MANUFACTURER WARRANTIES MAY APPLY. ASK YOUR SERVICE ADVISOR FOR DETAILS.

 CUSTOMER COPY [CONTINUED ON NEXT PAGE] 02:56pm

The Reynolds and Reynolds Company SE [illegible] (06/20)